- E X H I B I T   A -

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
--------------------------------------------------------------------X
ESMIN JOHNSON,

                                  Plaintiff,

-against-

THE STOP & SHOP SUPERMARKET
COMPANY LLC D/B/A STOP & SHOP,

                                  Defendant.
--------------------------------------------------------------------X

Index No.:

Date Purchased:

Plaintiff designates
**BRONX** County as the
Place of Trial

**SUMMONS**

The basis of venue is
Plaintiff's residence.

Plaintiff resides at
3410 De Reimer Ave.
Bronx, NY 10475

To the above named Defendant(s):

       **YOU ARE HEREBY SUMMONED** to Answer the Complaint in this action and to serve a copy of your Answer, of, if the Complaint is not served with this Summons, to serve a notice of appearance, on Plaintiff(s) Attorneys within twenty (20) days after the service of this Summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or Answer, Judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: New York, NY
       October 1, 2020

                                                   Yours, etc.,
                                           GREENBERG LAW P.C.

*[signature: Joseph P. DePaola]*

By: Joseph P. DePaola
Attorney for Plaintiff
370 Lexington Avenue, Suite 1100
New York, NY 10017
(212) 972-5656

**DEFENDANTS' ADDRESSES:**
THE STOP & SHOP SUPERMARKET COMPANY LLC D/B/A STOP & SHOP
c/o Secretary of State

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X   Index Number:
ESMIN JOHNSON,

                                                                    **VERIFIED COMPLAINT**

                Plaintiff,

      -against-                                   **PLAINTIFF DEMANDS A**
                                                                  **TRIAL BY JURY**

THE STOP & SHOP SUPERMARKET
COMPANY LLC D/B/A STOP & SHOP,
                        Defendant.
-------------------------------------------------------------------X

       Plaintiff, complaining of the defendant, by her attorneys, GREENBERG LAW P.C., hereby respectfully alleges upon information and belief as follows:

       1.      At all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC D/B/A STOP & SHOP was and still is a foreign business company duly organized and existing under and by virtue of the laws of the State of Delaware.

       2.      At all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC D/B/A STOP & SHOP transacted business in the State of New York.

       3.      At all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC D/B/A STOP & SHOP was the owner of premises located at 691 Co-Op City Boulevard, County of Bronx, City and State of New York (hereinafter referred to as "the subject premises").

       4.      At all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC D/B/A STOP & SHOP was a tenant of premises located at 691 Co-Op City Boulevard, County of Bronx, City and State of New York (hereinafter referred to as "the subject premises").

5. At all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC D/B/A STOP & SHOP, its agents, servants and/or employees operated the subject premises.

6. At all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC D/B/A STOP & SHOP, its agents, servants and/or employees managed the subject premises.

7. At all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC D/B/A STOP & SHOP, its agents, servants and/or employees maintained the subject premises.

8. At all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC D/B/A STOP & SHOP, its agents, servants and/or employees controlled the subject premises.

9. At all times hereinafter mentioned, defendant THE STOP & SHOP SUPERMARKET COMPANY LLC D/B/A STOP & SHOP, its agents, servants and/or employees had a duty to maintain the subject premises in a reasonably safe condition.

10. That on or about July 7, 2018, at approximately 12:30 PM, Plaintiff ESMIN JOHNSON was lawfully in and upon the subject premises.

11. That on or about July 7, 2018, at approximately 12:30 PM, while Plaintiff ESMIN JOHNSON was lawfully walking in the subject premises, she was caused to trip and fall and be seriously injured due to a dangerous and/or defective and/or negligently placed plantain display case on the floor thereat.

12. That as a result of the foregoing, Plaintiff ESMIN JOHNSON sustained severe and permanent personal injuries.

13. The injuries suffered by Plaintiff ESMIN JOHNSON were caused solely by the negligence, recklessness and carelessness of defendant in the ownership, operation, design, construction, management, maintenance and control of the subject premises.

14. The cause of action asserted herein is not subject to the provisions of Article 16 of the CPLR and/or comes within the stated exceptions as set forth in CPLR §1602(1), 1602(2), 1602(3), 1602(4), 1602(5), 1602(6), 1602(7), 1602(8), 1602(9), 1602(10), 1602(11), 1602(12) and 1602(13).

15. That as a result of the foregoing, Plaintiff ESMIN JOHNSON has sustained damages in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction herein.

**WHEREFORE**, Plaintiff demands judgment against defendants, jointly and severally, in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction herein, together with the costs and disbursements of this action.

Dated: New York, NY
      October 1, 2020

GREENBERG LAW P.C.

By: Joseph P. DePaola
Attorney for Plaintiff
370 Lexington Avenue, Suite 1100
New York, NY 10017
(212) 972-5656

## Attorney's Verification

Joseph P. DePaola, an attorney duly admitted to practice before Court of the State of New York, affirms the following to be true under the penalties of perjury:

I am an attorney at Greenberg Law, P.C., attorneys of record for Plaintiff, I have read the annexed

## Verified Complaint

and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based up on facts, records and other pertinent information contained in my files.

The reason why I make this verification and not Plaintiff(s) is that Plaintiff(s) is not presently in the county wherein the attorneys for the Plaintiff(s) maintain their offices.

Dated: New York, New York
       Thursday, October 1, 2020

By: Joseph P. DePaola